PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br><br>            vs.            )<br><br>**JUANITA KIZZIE** ) | **Docket Number: 2:05CR00425-01** |

On January 12, 2006, the above-named was placed on probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

                    Respectfully submitted,

                    /s/Matthew M. Faubert
                    **MATTHEW M. FAUBERT**
                    **United States Probation Officer**

Dated:      June 12, 2007
            Sacramento, California
            MMF/cp

**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

**Re:** **Juanita KIZZIE**
  **Docket Number:   2:05CR00425-01**
  **ORDER TERMINATING PROBATION**
  **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

**Dated:  June 14, 2007.**

  **EDMUND F. BRENNAN**
  **United States Magistrate Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office